# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| CHARLES PADDOCK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ONEMAIN HOLDINGS, INC., JAY N. LEVINE, SCOTT T. PARKER, FORTRESS INVESTMENT GROUP, LLC,<br><br>Defendants. | Civil Action No. 3:17-cv-00007-RLY-MPB |

## PLAINTIFF'S RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL

Plaintiff Charles Paddock ("Plaintiff") hereby voluntarily dismisses, without prejudice and without costs, his claims in the above-captioned action in their entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Because no defendant has served either an answer or a motion for summary judgment in this action, Plaintiff has an absolute right to dismiss his claims "without a court order" by filing this notice of dismissal. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 17, 2017

Respectfully submitted,

By:  /s/ Michael L. Schultz
Michael L. Schultz (20361-49)
PARR RICHEY FRANDSEN PATTERSON
  KRUSE LLP
251 N. Illinois Street, Suite 1800
Indianapolis, IN 46204-1904
Telephone: (317) 269-2500
Facsimile: (317) 269-2514
Email: mschultz@parrlaw.com

**LIFSHITZ & MILLER**
Joshua M. Lifshitz
Edward W. Miller
821 Franklin Avenue, Suite 209
Garden City, NY 11530
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served via the statewide e-filing system upon participating counsel of record or served via United States Postal Service, First Class Mail, upon the following, this 17th day of February, 2017:

| | |
|---|---|
| Michael H. Gottschlich<br>Meredith Thornburgh White<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204<br>mgottsch@btlaw.com<br>mwhite@btlaw.com | Meredith Kotler<br>Abena Mainoo<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>mkotler@cgsh.com<br>amainoo@cgsh.com |

                                                /s/ Michael L. Schultz
                                                Michael L. Schultz

739882